**STATE of Missouri, Respondent,**

v.

**Demetrius HOOKER, Appellant.**

**Demetrius HOOKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 64040, 65616.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 14, 1995.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant Hooker.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered on his convictions by a jury of second degree murder, first degree assault, two counts of attempted first degree robbery and four counts of armed criminal action. Defendant was sentenced to concurrent terms of life imprisonment for the murder conviction, twenty-five years imprisonment for the assault and armed criminal action convictions, and fifteen years for the attempted robbery convictions. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).

Defendant also appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion. Defendant failed to raise a point of error regarding his Rule 29.15 motion. Defendant's appeal of this issue is, therefore, deemed abandoned and the motion court's

judgment is affirmed. *State v. Simmons,* 861 S.W.2d 128, 130 (Mo.App.E.D.1993).